UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DEBRA J. MADDESS**,                                    Civil Case No. 3:11-CV-06177-KI

        Plaintiff,

                                              JUDGMENT

               v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

       Kathryn Tassinari
       Mark A. Manning
       Harder, Wells, Baron & Manning, P.C.
       474 Willamette, Suite 200
       Eugene, Oregon  97401

           Attorneys for Plaintiff

       S. Amanda Marshall
       United States Attorney
       District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

David Morado
Regional Chief Counsel, Region X, Seattle
Henry Ernest Velte III
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1301 Young Street, Suite A702
Dallas, Texas  75202-5433

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

      Dated this ___8th___ day of August, 2012.


                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge