UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DEBRA J. MADDESS**,

        Plaintiff,

        v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

Civil Case No. 3:11-CV-06177-KI

JUDGMENT

    Kathryn Tassinari
    Mark A. Manning
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

David Morado
Regional Chief Counsel, Region X, Seattle
Henry Ernest Velte III
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1301 Young Street, Suite A702
Dallas, Texas  75202-5433

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

      Dated this ____8th____ day of August, 2012.


                                /s/ Garr M. King
                                Garr M. King
                                United States District Judge